IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICHOLAS WELLS, #207770, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:12-cv-274-TMH |
| ) | (WO) |
| CYNTHIA WHEELER WHITE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #58) filed on May 27, 2014 is overruled;

2. The Recommendation of the United States Magistrate Judge (Doc. #55) entered on April 23, 2014 is adopted;

3. The petition for writ of habeas corpus filed by Nicholas Wells on February 15, 2012 is DENIED as it was not filed within the one-year period of limitation mandated by 28 U.S.C. § 2244(d)(1).

4. This case is DISMISSED with prejudice.

DONE this the 16th day of July, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE